IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-192-1BO

UNITED STATES OF AMERICA          )
                                  )
v.                                )          O R D E R
                                  )
WILLIAM SANDMAN                   )

This matter is before the Court following the government's response to defendant's request for a hearing and objection to an answer to the writ of garnishment. In its response filed on May 8, 2017, the government indicated that it would further investigate the matter and would inform the Court within ninety days whether court intervention is necessary. Ninety-days having passed, the government shall file a response to this order not later than October 6, 2017, informing the Court of the status of its investigation and whether it believes court intervention is necessary.

SO ORDERED, this 28 day of September, 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE